UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

    MICHAEL MENTORE,

        Debtor.

-------------------------------------------------------------------x

Chapter  7
Case No. 18-44102-cec

**BROKER'S REPORT OF COMMISSION AND EXPENSES FOR THE SALE OF THE**
**REAL PROPERTY LOCATED AT 542 EAST 24TH STREET, BROOKLYN, NEW YORK 11210**

By Public Sale conducted on July 17, 2019, full amount realized for the real property
located at 542 East 24th Street, Brooklyn, New York 11210 ................................................................. $1,130,000.00

Broker's Compensation pursuant to an Order of the Court entered on November 29, 2018
(Broker is entitled to the 5% buyer's premium paid by the successful bidder)........................................... $56,500.00

Advertisements published in the New York Times on June 30, July 3 and July 7, 2019 ................. N.C.

Advertisement published in the New York Daily News on June 30, 2019........................................ N.C.

Advertisement published in the New York Post on July 1, 2019 ..................................................... N.C.

Advertisement published in Newsday on June 30, 2019.................................................................. N.C.

Advertisement published in Real Estate Weekly on July 1, 2019 ................................................... N.C.

Indexx for the printing of 8,050 and mailing of 7,603 full-color multi property auction
postcards via USPS first class mail................................................................................................ N.C.

Indexx for the printing of 5,100 and mailing of 4,461 full-color multi property auction
postcards via USPS first class mail................................................................................................ N.C.

Distribution of additional postcards at various Maltz Auction events ............................................. N.C.

Internet marketing on AuctionZip.com ........................................................................................... N.C.

Internet marketing on CREXi.com.................................................................................................. N.C.

Premium internet marketing on Loopnet.com and over 200 additional real estate and auction
related websites ............................................................................................................................. N.C.

Targeted social media marketing on Facebook® ........................................................................... N.C.

General search engine marketing on Google.com.......................................................................... N.C.

General social media marketing to Maltz's 30,000+ Facebook® fans and Twitter® followers........... N.C.

Labor to conduct initial inspection and take photographs of the Property; post signage on the
Property; compile and prepare due diligence materials and marketing materials for print and
Internet advertising; implement the marketing campaign; prepare and post an auction specific
web page; answer calls and e-mails, conduct Property tours on July 8 and 15, 2019,
and prepare Report of Sale ........................................................................................................... N.C.

Rental of event space at the LaGuardia Airport Marriot Hotel....................................................... N.C.

Posting of sale on Applicant's website www.MaltzAuctions.com .................................................... N.C.

Weekly e-mail notification to 40,000+ subscribers of the www.MaltzAuctions.com mailing list ........ N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:                                                Chapter   7
                                                      Case No. 18-44102-cec

     MICHAEL MENTORE,

         Debtor.
------------------------------------------------------------------------x

## REPORT OF PUBLIC SALE

1.    In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). Maltz Auctions, Inc., ("Maltz") submits this report of the public sale of the Debtor's real property located at 542 East 24 Street, Brooklyn, New York 11210 (the "Property").

2.    On July 17, 2019 at approximately 2:00 p.m., Maltz conducted a public sale of the Property in accordance with the Order entered on July 12, 2019 [Doc. No. 54] approving the sale by Maltz as Broker for Robert J. Musso, the Chapter 7 Trustee. Maltz conducted the public sale of the Property at the LaGuardia Airport Marriott Hotel, 102-05 Ditmars Boulevard, East Elmhurst, New York 11369. Robert J. Musso, the Chapter 7 Trustee was in attendance at the auction. *Local Rule 6004-1(f)(1).*

3.    The gross dollar amount of the sale of the Property was $1,130,000.00 plus a five (5%) percent buyer's premium in the amount of $56,500.00 paid by the successful bidder. *Local Rule 6004-1(f)(2).*

4.    The Property consisted of a single family home in a stalled complete renovation located in Brooklyn, New York. *Local Rule 6004-1(f)(3).*

5.    Maltz will seek compensation based upon the Retention Order solely for commission in the amount of $56,500.00, which is payable from the buyer's premium collected from the successful bidder, inclusive of all expenses. *Local Rule 6004-1(f)(4).*

6.    Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Property, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5).*

7.    No articles were withdrawn from the sale. *Local Rule 6004-1(f)(6).*

8.    The successful bidder for the Property is Azad Ahamad Avi, whose address is 714 East 19th Street, Brooklyn, New York 11230. *Local Rule 6004-1(f)(7).*

9.    The 22 registered bidders were required to complete a bidder registration and provide the proper deposit in order to qualify to bid. *Local Rule 6004-1(f)(8).*

10.    There were no items for which there were no bids at the sale. *Local Rule 6004-1 (f)(9).*

11.    All registered bidders executed Terms and Conditions of Sale prior to bidding on the Property. Copies of the Terms and Conditions of Sale that were executed by the successful bidder are annexed. *Local Rule 6004-1(f)(10).*

12.    Maltz advertised the sale of the Property by: causing ads to be published in The New York Times, New York Daily News, New York Post, Newsday, and Real Estate Weekly; mailing (2) full color multi-auction postcards to 7,603 and 4,461 targeted potential interested parties; internet marketing on AuctionZip, CREXi, Loopnet and over 200 additional real estate and auction related websites, telemarketing campaigns, utilizing targeted social media marketing on Facebook®, general social media marketing on Facebook® and Twitter®, and general search engine marketing on Google *Local Rule 6004-1(f)(11).*

13.    A listing of the Property was posted on the Applicant's website prior to the sale. Property tours were conducted with interested parties on July 8 and 15, 2019. *Local Rule 6004-1(f)(12).*

Dated:   July 19, 2019
        Central Islip, New York            By: _____
                                        Richard B. Maltz, Chief Executive Officer
                                        Maltz Auctions, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

     MICHAEL MENTORE,

           Debtor.

-------------------------------------------------------------------X

Chapter   7
Case No. 18-44102-cec

## AFFIDAVIT TO ACCOMPANY REPORT OF PUBLIC SALE

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF SUFFOLK  )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.     I am the Chief Executive Officer of Maltz Auctions, Inc. ("Maltz"). I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1(g) ("Local Rule"), in connection with Maltz's report of sale (the "Report") of the public sale of the Debtor's real property located at 542 East 24th Street, Brooklyn, New York 11210 (the "Property").

2.     I make this affidavit of my personal knowledge based upon the handling of the public sale of the Property by Maltz. I personally managed the sale process and have the most familiarity with the same.

3.     I am a licensed real estate broker and auctioneer in the State of New York. My DCA # is 1240836.

4.     Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.     Maltz conducted the sale of the Property in accordance with the Order entered July 12, 2019, approving the employment of Maltz as the Trustee's Broker.

6.     The public sale of the Property was conducted by Maltz on July 17, 2019 at approximately 2:00 p.m., at the LaGuardia Airport Marriott Hotel, 102-05 Ditmars Boulevard, East Elmhurst, New York 11369.

7.     All monies collected by Maltz in connection with the sale of the Property were remitted to the Trustee.

8.     I declare under penalty of perjury that the foregoing is true and correct.

                                      Richard B. Maltz
                                      Chief Executive Officer of Maltz Auctions, Inc.

Sworn to before me this
19th day of July, 2019

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

**MICHAEL MENTORE**
**Case No. 18-44102-cec**

### COMPUTATION OF BROKER'S COMMISSION PURSUANT TO RETENTION ORDER

Gross Sale Proceeds of the Public Sale conducted on July 17, 2019 for the
real property located at 542 East 24th Street, Brooklyn, New York 11210 ................................................... $1,130,000.00

Buyer's Premium collected from the successful bidder
(5% of the gross sale proceeds of $1,130,000.00) ................................................................. $56,500.00

**Commission to Maltz** ........................................................................................................ **$56,500.00**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

      Michael Mentore,

                  Debtor.
------------------------------------------------------X

Chapter 7

Case No. 18-44102-cec

## ORDER AUTHORIZING TRUSTEE TO RETAIN
## MALTZ AUCTIONS INC AS BROKER

Upon the application (the "Application") of Robert J. Musso, the Chapter 7 Trustee

("Trustee"), of the estate of Michael Mentore, (the "Debtor") dated May 16, 2019, and upon

the affidavit of Richard B. Maltz dated May 15, 2019 (the "Maltz Affidavit"), seeking entry of

an order in accordance with Section 327(a) of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") permitting the Trustee to retain Maltz Auctions, Inc., ("Maltz"), as real

estate broker to market, auction and sell real property known as 542 East 24th Street,

Brooklyn, New York (the "Property"); and it appearing that no other or further notice is

required; and after due deliberation and consideration having been had; and it appearing that

good and sufficient cause exists for granting the Application; and it being in the best interests

of the estate and its creditors, it is hereby

ORDERED, that the Application be, and hereby is, granted to the extent provided for

herein; and it is further

ORDERED, that pursuant to section 327(a) and Bankruptcy Rule 2014, the Trustee is

authorized to retain Maltz as real estate broker and or auctioneer to assist the Trustee in the

sale of the properties; and it is further

ORDERED, that Maltz's compensation for professional services shall be limited to the 5% buyer's premium calculated from the total purchase price of the Property, and no reimbursement of expenses; and it is further

ORDERED, that after the sale Maltz will file a report of sale, and it is further

ORDERED, that compensation to Maltz will be paid after approval of the court after submission of an application for compensation, and upon notice and a hearing in accordance with sections 330 and 331 of Title 11 of the Untied States Code and Local Bankruptcy Rules 2016-1 and 2016-2; and it is further

ORDERED, that the court may retain jurisdiction to hear and determine all matters arising from the implementation of this order; and it is further

ORDERED, that the United States Trustee retains all rights to object to the Maltz application pursuant to Section 330 of the Bankruptcy Code.

**NO OBJECTION:**
**WILLIAM K. HARRINGTON**
**OFFICE OF THE UNITED STATES TRUSTEE, Region 2**

By:     _/s/Rachel Wolf_
        Rachel Wolf

Dated: New York, New York
        June 21, 2019



**Dated: Brooklyn, New York**
**July 11, 2019**

Carla E. Craig
**United States Bankruptcy Judge**

## MEMORANDUM OF SALE – SUCCESSFUL PURCHASER

High Bid Realized at Public Sale: $1,130,000.00

5% Buyer's Premium: 56,500.00

Purchase Price: $1,186,500.00

The undersigned has this 17th day of July, 2019, agreed to purchase the real property located at 542 East 24th Street, Brooklyn, New York 11210 (the "Property") of Michael Mentore (the "Debtor') and sold by Robert J. Musso, the Chapter 7 Trustee of the Debtor for the sum of $ 1,186,500.00 _____ DOLLARS and hereby promises and agrees to comply with the annexed Terms and Conditions of Sale of the Property and this Memorandum of Sale.

_____
SUCCESSFUL PURCHASER (Signature)

_____
SUCCESSFUL PURCHASER (Signature)

AZAD AHAMAD ALI
PRINT NAME

_____
PRINT NAME

714 E 19TH ST
ADDRESS

_____
ADDRESS

BROOKLYN NY 11230
ADDRESS (City, State, Zip)

_____
ADDRESS (City, State, Zip)

516.322.5577
TELEPHONE NUMBER

_____
TELEPHONE NUMBER

Azali405@Gmail.com
EMAIL ADDRESS

_____
EMAIL ADDRESS

Received from AZAD AHAMAD ALI _____ the sum of $ 70,000.00 DOLLARS, as a non-refundable deposit for the purchase of the Property pursuant to the Terms and Conditions of Sale.

This is to verify that the final Purchase Price in the above sale was for the sum of $ 1,186,500.00 _____ .

_____
MALTZ AUCTIONS, INC.

## SUCCESSFUL PURCHASER ATTORNEY INFORMATION

Name     FRANK RIO
Address  _____
Phone    718-258-2255
Email    _____

## TERMS AND CONDITIONS OF SALE

PURSUANT TO SECTIONS 363(b) and 704(a) OF TITLE 11, UNITED STATES CODE, FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004, AND THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK, THE BANKRUPTCY TRUSTEE FOR MICHAEL MENTORE WILL SELL THE ESTATE'S INTEREST IN CERTAIN REAL PROPERTY AT PUBLIC SALE ON JULY 17, 2019 AT 2:00 PM EST.

1. On July 17, 2018, Michael Mentore (the "**Debtor**"), filed a voluntary petition for relief under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**"). The Debtor's chapter 11 case is assigned Case Number 1-18-44102-cec. On April 15, 2019 the case was converted to a chapter 7 case.

2. Robert J. Musso (the "**Trustee**") is the duly appointed, qualified, permanent Chapter 7 Trustee of the Debtor's estate.

3. These Terms and Conditions of Sale are promulgated in connection with the Bankruptcy Code-authorized Public Sale (the "**Public Sale**") of the Debtor's real property located at 542 East 24th Street, Brooklyn, New York 11210 a/k/a Borough: Brooklyn,  Block: 5223,  Lot: 1 (the "**Property**").

4. Maltz Auctions, Inc. d/b/a Maltz Auctions ("Maltz"), the Trustee's Bankruptcy Court retained broker, will conduct the Public Sale.

5. The Trustee is represented by Rosenberg, Musso & Weiner, LLP ("**RMW**") with offices at 26 Court Street, Suite 2211, Brooklyn, NY 11242, Attn. Bruce Weiner Tel. (718) 855-6840.

6. The Public Sale will be held on **July 17, 2019 at 2:00 pm, prevailing Eastern Time** (the "**Sale Date**") at the New York LaGuardia Airport Marriott Hotel, 102-05 Ditmars Boulevard, East Elmhurst, NY 11369.

7. In order to be permitted to bid on the Property, prior to the commencement of the Public Sale, each prospective bidder must deliver to Maltz an official cashier's check made payable to "Robert J. Musso, Chapter 7 Trustee" in an amount of $70,000 (the "**Qualifying Deposit**"), which shall serve as a partial good faith deposit against payment of the purchase price by such competing bidder as Trustee determines to have made the highest or best bid for the Property (the "**Successful Purchaser**"). Within 48 hours after conclusion of the Public Sale, the Successful Purchaser shall deliver to the Trustee, by certified check or bank check made payable to "Robert J. Musso, Chapter 7 Trustee" or by wire in immediately available federal funds, an amount equal to ten (10%) percent of the high bid realized at Public Sale minus the Qualifying Deposit (together with the Qualifying Deposit, the "**Deposit**"), plus a five (5%) percent Buyer's Premium (as hereinafter defined). The Buyer's Premium shall be deemed to have been earned immediately upon the fall of the hammer and is due within 48 hours after conclusion of the Public Sale. Failure of the Successful Purchaser to tender the ten (10%) percent Deposit of the high bid at Public Sale and the Buyer's Premium within 48 hours after conclusion of the Public Sale shall result in an immediate default under the terms of these Terms and Conditions of Sale and the Memorandum of Sale and shall result in the forfeiture of all earnest monies paid, including the Buyer's Premium. The Successful Purchaser must execute, and thereby agree to be bound by these Terms and Conditions of Sale and the Memorandum of Sale. **At the conclusion of the Public Sale, Maltz will return the Qualifying Deposits to all unsuccessful Bidders.**

8. Pursuant to an order of the Bankruptcy Court, the Successful Purchaser is solely responsible to pay Maltz five (5%) percent of the high bid at Public Sale (the "**Buyer's Premium**"). The sum of the high bid at Public Sale and the Buyer's Premium is defined herein as the "**Purchase Price**".

9. The Successful Purchaser must pay the balance of the Purchase Price for the Property to the Trustee by certified check or bank check or by wire in immediately available federal funds. The Successful Purchaser must close title to the Property at a date that is no more than thirty (30) days after the Court Approval Date, **TIME BEING OF THE ESSENCE as to the Successful Purchaser**, although such date may be extended solely by the Trustee. Notwithstanding the foregoing, the Trustee shall grant the Successful Purchaser a single thirty (30) day extension (the "**Extension**"), at the request of the Successful Purchaser, provided Successful Purchaser posts an additional, non-refundable deposit equal to ten (10%) percent of the Purchase Price prior to the tenth (10th) day following court approval (the "**Additional Deposit**"). The Additional Deposit shall be made by certified check or bank check made payable to "Robert J. Musso, Chapter 7 Trustee" or by wire in immediately available federal funds and, together with the original Deposit, shall be deemed the "**Deposit**". If Successful Purchaser elects to exercise the Extension, the Closing shall take place on or before the sixtieth (60th) day following court approval, **TIME BEING OF THE ESSENCE as to the Successful Purchaser**, although such date may be extended solely by the Trustee.

10. If the Successful Purchaser fails to post the total required ten (10%) percent Deposit and five (5%) percent Buyer's Premium within 48 hours following the Public Sale, or fails to otherwise perform under these Terms and Conditions of Sale ("**Successful Purchaser's Default**"), the Trustee, in his sole and absolute discretion, shall be authorized to contact the second highest bidder (the "**Second Bidder**") without any further notice or approval of the Bankruptcy Court, without giving credit for the Qualifying Deposit, Deposit and Buyer's Premium forfeited by Successful Purchaser, and upon such other terms and conditions as the Trustee deems appropriate. Thereafter, the Second Bidder shall be deemed for all benefits and obligations to be the Successful Purchaser.

11. The closing shall take place at the offices of Rosenberg, Musso & Weiner, LLP, 26 Court Street, Suite 2211, Brooklyn, NY 11242 (the "**Closing**").

12. The Successful Purchaser shall pay any and all costs and expenses in connection with the Closing related to obtaining a survey; fee title or mortgage insurance; title company endorsement, search and escrow charges; environmental, engineering or other Property inspections; appraisals, reports and other costs of Property due diligence; and County, State, City, or other real property transfer, deed or documentary tax, or other taxes imposed upon the sale due in connection with the transfer of the Property from the Trustee at Closing. The Successful Purchaser acknowledges that they will be responsible for the completion of any ACRIS forms, if required. The Trustee shall not be required to execute any form of title affidavit (but may in its sole and absolute discretion) and all title exceptions customarily omitted from a title policy on account of such title affidavit shall be deemed permitted exceptions. The Successful Purchaser acknowledges that it will be responsible for the preparation of all Closing documents required including, but not limited to, transfer tax forms. In connection with the Closing and Closing date, the Successful Purchaser is hereby given notice that <u>TIME IS OF THE ESSENCE against the Successful Purchaser and the failure of the Successful Purchaser to close for any reason whatsoever (except as otherwise provided herein) including its failure to pay the balance of the Purchase Price on the Closing date, will result in an immediate forfeiture of the Deposit and Buyer's Premium and the termination of the Successful Purchaser's right to acquire the Property under these Terms and Conditions of Sale and the Memorandum of Sale</u>. The Successful Purchaser shall be obligated to close title to the Property and, except as expressly set forth herein, there is no contingency of any kind or nature that will permit the Successful Purchaser to cancel or avoid its obligation under these Terms of and Conditions of Sale and the Memorandum of Sale other than the Trustee's inability to deliver insurable title to the Property. Further, the Successful Purchaser shall have demonstrated, to the satisfaction of Maltz and the Trustee, evidence of its ability to conclude the transaction upon these Terms and Conditions of Sale and the Memorandum of Sale, without delay. The Trustee reserves the right to reject any Purchaser or Bidder who the Trustee believes, in its sole discretion, is not financially capable of consummating the purchase of the Property. Expenses incurred by the Successful Purchaser, or any other Bidder, concerning any due diligence shall be the sole responsibility of such Bidder and, under no circumstances shall Maltz, the Trustee, the Debtor or their professionals be responsible for, or pay, such expenses.

13. The Successful Purchaser has five (5) days from the Date upon which the Trustee files a Motion with the Bankruptcy Court seeking approval of the Public Sale (the "Filing Date") to order title, copy of which shall promptly

be provided to RMW. The Successful Purchaser has twenty (20) days from the Filing Date to advise the Trustee through RMW (by electronic mail to bweiner@nybankruptcy.net) of any and all title issues or defects that would in any way be an impediment to the Closing on the sale of the Property. Failure of the Successful Purchaser to advise RMW within twenty (20) days from the Court Approval Date of any such title issues or defects shall be deemed a waiver of any and all rights to raise any such title issues or defects, with Trustee reserving the right to specify a particular title company to insure title, provided said company is licensed in the State of New York.

14. Neither the Trustee, Trustee's counsel, Maltz, nor the Debtor's estate are liable or responsible for the payment of fees of any broker that has not previously been approved by Order of the Bankruptcy Court. The only commission that will be paid is to the Licensed Real Estate Broker, who registers the Successful Purchaser in accordance with the Broker Participation Agreement and has received written electronic confirmation of receipt and acknowledgement of valid registration by Maltz. The payment of said commission is then subject to further approval of the court.

15. The Successful Purchaser shall be entitled to collect past due rents, if any, and shall not receive an adjustment for security deposits, if any, at closing.

16. Maltz, the Trustee and the Debtor and their professionals have not made and do not make any representations or warranties as to the physical condition, expenses, operations, value of the land or buildings thereon, or any other matter or thing affecting or related to the Property or this Public Sale, which might be pertinent to the purchase of the Property, including, without limitation, (i) the current or future real estate tax liability, assessment or valuation of the Property; (ii) the potential qualification of the Property for any and all benefits conferred by or available under federal, state or municipal laws, whether for subsidies, special real estate tax treatment, insurance, mortgages, or any other benefits, whether similar or dissimilar to those enumerated; (iii) the compliance or non-compliance of the Property, in its current or any future state, with applicable present or future zoning ordinances or other land use law or regulation, or the ability to obtain a change in the zoning or use, or a variance in respect to the Property; (iv) the availability of any financing for the purchase, alteration, rehabilitation or operation of the Property from any source, including, but not limited to, any state, city or federal government or institutional lender; (v) the current or future use of the Property; (vi) the current or future rents, other operating incomes or expenses; (vii) the presence or absence of any laws, ordinances, rules or regulations issued by any governmental authority, agency or board and any violations thereof; (viii) the compliance or non-compliance with environmental laws and the presence or absence of underground fuel storage tanks, any asbestos, any lead paint or other hazardous materials anywhere on the Property, or notes or notices of violations of law or municipal ordinances, orders or requirements noted or issued by any governmental department, agency or bureau having authority as to but not limited to lands, housing, buildings, fire, health, environment and labor conditions affecting the property. Each Bidder hereby expressly agrees and acknowledges that no such representations or warranties have been made. Maltz, the Trustee, the Debtor and their professionals shall not be liable or bound in any manner by expressed or implied warranties, guarantees, promises, statements, representations or information pertaining to the Property, made or furnished by Maltz, the Trustee or the Debtor or any real estate broker, agent, employee, servant or other person or professional representing or purporting to represent Maltz, the Trustee or Debtor unless such warranties, guaranties, promises, statements, representations or information are expressly and specifically set forth in writing within these Terms and Conditions of Sale and the Memorandum of Sale.

17. The Property is being sold "AS IS" "WHERE IS", "WITH ALL FAULTS", without any representations, covenants, guarantees or warranties of any kind or nature, and free and clear of any liens, claims, or encumbrances of whatever kind or nature, with such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing, and sale of the Property is subject to, among other things (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; (e) environmental conditions and (f) existing tenancies at time of closing; provided, however, **the Property shall be delivered free and clear of any and all monetary liens**. By delivering their respective Qualifying Deposits, all Bidders acknowledge that they have had the opportunity to review and

inspect the Property, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Property in making their bids. Neither Maltz, the Trustee, the Debtor nor any of their collective representatives makes any representations or warranties with respect to the permissible uses of the Property including, but not limited to, the zoning of the Property. All Bidders acknowledge that they have conducted their own due diligence in connection with the Property and are not relying on any information provided by Maltz, the Trustee, the Debtor, or their professionals. The Property will be sold subject to any and all violations requiring corrective action.

18. **The Property shall be delivered vacant of tenancies at closing.**

19. The Trustee shall convey the Property by delivery of a bargain and sale deed without covenants.

20. Nothing contained in these Terms and Conditions of Sale is intended to supersede or alter any provisions of the Bankruptcy Code or otherwise interfere with the jurisdiction of the Bankruptcy Court. All of the terms and conditions set forth in these Terms and Conditions of Sale are subject to modification as may be directed by the Trustee or by the Court. The Trustee reserves the right to modify these Terms and Conditions of Sale at the Public Sale or thereafter to maintain consistency with the provisions of the Bankruptcy Code and/or prior orders of the Court.

21. These Terms and Conditions of Sale will be read into the record, or specifically incorporated by reference, at the Public Sale of the Property. By making a bid for the Property, all Bidders will be deemed to have acknowledged having read and understood these Terms and Conditions of Sale and have agreed to be bound by them.

22. If the Trustee is unable to deliver the Property in accordance with these Terms and Conditions of Sale for any reason whatsoever, the Trustee's and Maltz' only obligation will be to refund the Deposit and Buyer's Premium, without interest, to the Successful Purchaser and upon such refund, the Successful Purchaser will have no claim or recourse against the Trustee, Maltz, the Debtor or their professionals and shall have no further rights under these Terms and Conditions of Sale or Memorandum of Sale.

23. The Public Sale of the Property is subject to confirmation by the Trustee. RMW shall notify the Successful Purchaser whether the Public Sale is confirmed.

24. The Bankruptcy Court shall determine any disputes concerning the Public Sale of the Property. By participating in the Public Sale, all Bidders, including the Successful Purchaser and the New Successful Purchaser, consent to the jurisdiction of the Bankruptcy Court to determine such disputes under the Debtor's pending case.

I have read these Terms and Conditions of Sale and agree to be bound by them.

By: _____ Date: 7-17-19

Print Name: _____

# miller

Miller Advertising Agency, Inc. • 220 West 42nd Street, 12th Floor • New York, New York 10036 • 212-929-2200

## INVOICE

MALTZ AUCTIONS INC.(CC) - H434
39 Windsor Place

Central Islip, NY 11722

Client Number   022729
Invoice Number 878041 - 061
Invoice Date     07/12/19
Net 30    Page 2

Regarding
**MICHAEL MENTORE**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Rate | Amount |
|---|---|---|---|---|---|---|---|
| NEW YORK TIMES | SALE JULY 1> | R711006119 | 06/30,07/03 | 1.00 | 2 | 67.50 | 135.00 |
| | SALE JULY 1> | R711006219 | 07/07 | 19.00 | 1 | 135.18 | 135.18 |
| | | | | NEW YORK TIMES TOTAL | | | **$270.18** |
| NEW YORK DAILY NEWS | SALE JULY 1> | R712009319 | 06/30 | 1.00 | 1 | 88.25 | 88.25 |
| | | | NEW YORK DAILY NEWS TOTAL | | | | **$88.25** |
| NEW YORK POST | SALE JULY 1> | R712009519 | 07/01 | 1.00 | 1 | 54.25 | 54.25 |
| | | | NEW YORK POST TOTAL | | | | **$54.25** |
| NEWSDAY | SALE JULY 1> | R712009619 | 06/30 | 1.00 | 1 | 83.12 | 83.12 |
| | | | NEWSDAY TOTAL | | | | **$83.12** |
| REAL ESTATE WEEKLY | SALE JULY 1> | R712009119 | 07/01 | 1.00 | 1 | 16.25 | 16.25 |
| | | | REAL ESTATE WEEKLY TOTAL | | | | **$16.25** |

INVOICE TOTAL **$512.05**

**Remit Payment Checks To:** Miller Advertising Agency Inc., 220 West 42nd Street - 12th Floor, New York, NY  10036
**ACH/Wire Remittance To:**   JP Morgan Chase, ABA/Routing #:021000021, Acct #:014003583765, Acct Name: Miller Advertising Agency Inc.

Internet : http://www.milleraa.com                              EMail : narchibald@milleraa.com

# Miller Advertising Agency, Inc.

220 West 42nd Street  •  New York, New York  10036  •  212-929-2200

## PROOF OF INSERTIONS

8888
Display Ad
NEW YORK TIMES
06/30.07/03



# Miller Advertising Agency, Inc.

220 West 42nd Street  •  New York, New York  10036  •  212-929-2200

## PROOF OF INSERTIONS

6888
Display Ad
NEW YORK TIMES
07/07



# Miller Advertising Agency, Inc.
### 220 West 42nd Street  •  New York, New York  10036  •  212-929-2200
## PROOF OF INSERTIONS

R5260053 8888
Display Ad
NEW YORK DAILY NEWS
06/30



# Miller Advertising Agency, Inc.

220 West 42nd Street • New York, New York 10036 • 212-929-2200

## PROOF OF INSERTIONS

R8250124 6688
Display Ad
NEW YORK POST
07/01



# Miller Advertising Agency, Inc.

220 West 42nd Street • New York, New York 10036 • 212-929-2200

## PROOF OF INSERTIONS

R6260071 8688
Display Ad
NEWSDAY
09/00



# Miller Advertising Agency, Inc.

220 West 42nd Street • New York, New York  10036 • 212-929-2200

## PROOF OF INSERTIONS

R8250138  6686
Display Ad
REAL ESTATE WEEKLY
07/01



**INVOICE**



| | |
|---|---|
| **Invoice:** | 97593 |
| **Invoice Date:** | 6/21/2019 |
| **Order Date:** | 6/10/2019 |
| **Job Number:** | 226657 |
| **Customer Number:** | 121132 |
| **Salesperson:** | Jeff Gilliam |
| **Purchase Order Number:** | Richard |
| **Payment Terms:** | Due in 30 days |

Maltz Auctions
Attn: Richard B. Maltz CAI CES
30 Windsor Place
Central Islip  NY  11722

**Remit To:**
Indexx, Inc
303 Haywood Road
Greenville, SC  29607

| Quantity | Description | Price |
|---|---|---|
| 8,050 | June Mult 8.5x11<br>In Re: Mentore | $308.40 |
| 7,603 | Mailing | |

| | |
|---|---|
| Net Sales: | $308.40 |
| **Invoice Total:** | $308.40 |

We Appreciate You!!
Terms:  Due in 30 days

---

To insure proper credit return this portion of the invoice with your remittance.

Maltz Auctions
Attn: Richard B. Maltz CAI CES
30 Windsor Place
Central Islip  NY  11722

| | |
|---|---|
| **Invoice:** | 97593 |
| **Invoice Date:** | 6/21/2019 |
| **Job Number:** | 226657 |
| **Customer Number:** | 121132 |
| **Purchase Order Number:** | Richard |

**Invoice Amount Due:**  308.40

**NOTE: A fee of 18% per annum, will be charged on past due balances.**
ANY QUESTIONS, PLEASE CALL (864) 234-1024 OR FAX (864) 234-7287

# BANKRUPTCY, COURT ORDERED & LIQUIDATION

# AUCTIONS

*JUNE 20th – 24th*

---

**#19-320**



**ROSLYN HEIGHTS**

## 5 BR LUXURY CUSTOM HOME

**IMMEDIATE SALE DIRECTED**

*53 Turf Lane, Country Club Roslyn Heights, NY*

- Sold Substantially Furnished
- East Williston School District
- Built in 2009 & $800,000± Invested by Current Owners - Truly a Must See!

---

**#19-321**



**NEW HYDE PARK**

## 5 BEDROOM HOME

**BANKRUPTCY AUCTION**
*US Bankruptcy Court EDNY • In Re: AMBA Group LLC • Case No. 18-76689-reg*

*956 North 3rd Street New Hyde Park, NY*

- 5 BR & 3 BA
- Full & Finished Basement

*Allan B. Mendelsohn, Esq., Chapter 7 Trustee*
*Rosen & Kantrow, PLLC, Attorneys for the Chapter 7 Trustee*

---

**#19-322**



**MONSEY**

## PRIME REDEVELOPMENT SITE

*Sold by Order of the Supreme Court of the State of NY, County of Rockland*

*27 Maple Terrace, Monsey, Town of Ramapo, Rockland County, NY*

- Surrounded by New Multi-Family Homes
- Potential for 6-Fam or (2) 3-Fam Homes
- Existing Structure is a 2,236 Sq Ft Knockdown Home

---

**#19-323**



**ASTORIA**

## 9,000 SQ FT BUILDING - AIR RIGHTS!

**IMMEDIATE SALE DIRECTED VIA PUBLIC AUCTION**

*31-35 Steinway St, Astoria, Queens, NY*

- Prime Location on Main Thoroughfare in Heart of Shopping/Retail District
- Recently Vacated by Victoria's Secret
- 9,000 Sq Ft + 4,500 Sq Ft Basement

---

**#19-324**



**BEDFORD-STUYVESANT**

## TWO FAMILY TOWNHOME

**BANKRUPTCY AUCTION**
*US Bankruptcy Court SDNY • In Re: Quincy St III Corp., • Case No. 18-22294 (RDD)*

*299 Quincy St, Bedford-Stuyvesant Brooklyn, NY*

- 2,250 Sq Ft Building + Basement
- 1,667 Sq Ft Lot (16.67' x 100')
- 4 Blocks to MTA Subway G Line

*Leo Fox, Esq., Attorney for Chapter 11 Debtor and D.I.P.*

---

**#19-325**

*Bidder Qualification Deadline: Wednesday, June 19th before 11:00 am*

**Auction Date: June 24th**



**US PATENTS**

**BANKRUPTCY AUCTION**
*US Bankruptcy Court EDNY • In Re: David Deak, Sr. • Case # 18-73832-AST*

- See Web for Descriptions
- $275,000 Stalking Horse Bid
- Minimum Opening Bid: $302,500

*Robert L. Pryor, Esq., Chapter 7 Trustee*
*Pryor & Mandelup, L.L.P., Attorneys for the Chapter 7 Trustee*

---

# ADVANCE NOTICE JUNE 25th - JULY 17th



**70+ NYC TAXI MEDALLIONS**
*Manhattan*



**144K+ SQ FT BUILDING**
*Yonkers*



**5 BEDROOM REHAB HOME**
*Ditmas Park*

---

**516.349.7022  |  MaltzAuctions.com  |  *AUCTIONS...YOUR LIQUIDITY SOLUTION*®**



**MALTZ AUCTIONS**
AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
*AUCTIONS...Your Liquidity Solution®*

**ATTENTION** All Bankruptcy Trustees, Brokers, Builders, Developers,
Executors, Lenders & Motivated Owners...
*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
**July 17th Multi-Property Event!**

*FIRST CLASS MAIL*
*TIME*
*SENSITIVE*
*DATED*
*MATERIAL*

FIRST-CLASS
PRST. U.S. POSTAGE
**PAID**
GREENVILLE, SC
PERMIT No. 1460

39 Windsor Place, Central Islip, NY 11722
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022  Fax (516) 349-0105

**VIEWINGS:** Please visit www.MaltzAuctions.com for viewing
schedule.

**TERMS OF SALE:** Sold free and clear of all monetary liens.
Please download the complete Terms & Conditions of Sale
and/or Bidding Procedures.

**BUYER BROKER PARTICIPATION:** A commission may be
paid to any properly licensed broker who registers a successful
buyer in accordance with the buyer broker guidelines. Please
visit www.MaltzAuctions.com for Assets offering broker
participation and percentage offered, not offered on all Assets.

# BANKRUPTCY, COURT ORDERED & LIQUIDATION

# AUCTIONS | *JUNE 20th – 24th*

## Thursday, June 20th at 11:00 am | Registration begins at 9:30 am
*NY LaGuardia Airport Marriott Hotel, 102-05 Ditmars Boulevard, East Elmhurst, NY 11369*

| ID# | DESCRIPTION/LOCATION | DEPOSIT |
|---|---|---|
| #19-320 | **5 Bedroom Luxury Custom Home** <br> *53 Turf Lane, Country Club, Roslyn Heights, NY 11577* | *$175,000* <br> *Cashier's Check* |
| #19-321 | **5 Bedroom Home** <br> *956 North 3rd Street, New Hyde Park, NY 11040* | *$45,000* <br> *Cashier's Check* |
| #19-322 | **Prime Redevelopment Site** <br> *27 Maple Terrace, Monsey, Rockland County, NY 10952* | *$80,000* <br> *Cashier's Check* |
| #19-323 | **9,000 Sq Ft Retail Building – Air Rights!** <br> *31-35 Steinway Street, Astoria, Queens, NY 11103* | *$650,000* <br> *Cashier's Check* |
| #19-324 | **Two Family Townhome** <br> *299 Quincy Street, Bedford-Stuyvesant, Brooklyn, NY 11216* | *$60,000* <br> *Cashier's Check* |

### Bidder Qualification Deadline: Wednesday, June 19th before 11:00 am
## Monday, June 24th at 11:00 am | Registration begins at 10:30 am
*Maltz Auction Gallery, 39 Windsor Place, Central Islip, NY 11722*

| ID# | DESCRIPTION/BID DELIVERY LOCATION | DEPOSIT |
|---|---|---|
| #19-325 | **US PATENTS** <br> *Pryor & Mandelup, LLP, 675 Old Country Road, Westbury, NY 11590* | *$50,000* <br> *Cashier's Check* |

## *Plus 100-150 Bank Repossessed & Consignment Vehicles Sell Tri-Weekly in Central Islip, NY*

**516.349.7022 | MaltzAuctions.com | *AUCTIONS...YOUR LIQUIDITY SOLUTION®***

The Assets are being sold "AS IS" "WHERE IS" "WITH ALL FAULTS" without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, free and clear of any and all interests including, but not limited to, liens, claims, encumbrances, interests, judgments and/or mortgages, or adverse claims to title, of whatever kind or nature, and subject to, among other things: (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering their respective deposits, all prospective bidders acknowledge that they have had the opportunity to review and inspect the Assets, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Assets in making their bids. Neither Maltz, the sellers of the Assets nor any of their collective representatives make any representations or warranties with respect to the permissible uses of the Assets including, but not limited to, the zoning of the Assets. All prospective bidders acknowledge that they have conducted their own due diligence in connection with the Assets and are not relying on any information provided by Maltz, the sellers of the Assets or any of their collective representatives. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most of the information provided has been obtained from third-party sources and has not been independently verified. It is the responsibility of all prospective bidders to determine the accuracy of all components of the sales and the Assets. All prospective bidders are responsible for conducting their own independent inspections, investigations, inquiries, and due diligence concerning the Assets, including without limitation, the environmental and physical condition of the Assets. All prospective bidders are urged to conduct their own due diligence prior to participating in the public auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.

**INVOICE**



|  |  |
|---|---|
| **Invoice:** | 97519 |
| **Invoice Date:** | 7/1/2019 |
| **Order Date:** | 6/24/2019 |
| **Job Number:** | 227179 |
| **Customer Number:** | 121132 |
| **Salesperson:** | Jeff Gilliam |
| **Purchase Order Number:** | Richard |
| **Payment Terms:** | Due in 30 days |

Maltz Auctions
Attn: Richard B. Maltz CAI CES
30 Windsor Place
Central Islip NY 11722

**Remit To:**
Indexx, Inc
303 Haywood Road
Greenville, SC 29607

| Quantity | Description | Price |
|---|---|---|
| 5,100 | Bankuptcy Action July 11-17  8.5x11<br>In Re:  Mentore | $691.86 |
| 4,461 | Mailing | |

|  |  |
|---|---|
| Net Sales: | $691.86 |
| **Invoice Total:** | $691.86 |

We Appreciate You!!
Terms:  Due in 30 days

---

To insure proper credit return this portion of the invoice with your remittance.

Maltz Auctions
Attn: Richard B. Maltz CAI CES
30 Windsor Place
Central Islip NY 11722

|  |  |
|---|---|
| **Invoice:** | 97519 |
| **Invoice Date:** | 7/1/2019 |
| **Job Number:** | 227179 |
| **Customer Number:** | 121132 |
| **Purchase Order Number:** | Richard |

**Invoice Amount Due:   691.86**

**NOTE: A fee of 18% per annum, will be charged on past due balances.**
ANY QUESTIONS, PLEASE CALL (864) 234-1024 OR FAX (864) 234-7287

# BANKRUPTCY & FORECLOSURE
# AUCTIONS

## July 11th - 17th

### 76 NYC Taxi Medallions | Brooklyn, Queens and Westchester Properties

---

**#19-405 | JULY 11**



**16 NYC TAXI MEDALLIONS**

UCC FORECLOSURE AUCTION

- 14 Individual & 1 Mini-Fleet
- 15 Unrestricted & 1 WAV
- Minimum Bids from $130,000 for Unrestricted Medallions

*Individual, Group or Bulk Medallion Bids Considered*

---

**#19-406 | JULY 17**



**60 NYC TAXI MEDALLIONS**

**BIDDER QUALIFICATION DEADLINE: JULY 10th BY 4:00 PM**

UCC FORECLOSURE AUCTION

- 28 Mini-Fleets
- Prequalification Required
- Stalking Horse Bids Considered

---

**#19-407 | JULY 17**



*YONKERS*

**144,000+ SQ FT BUILDING**
*Stalled Construction - Luxury Condo Conversion*

**BIDDER QUALIFICATION DEADLINE: JULY 12th BY 5:00 PM**

BANKRUPTCY AUCTION – US BANKRUPTCY COURT SDNY
*In Re: EMC BRONXVILLE METROPOLITAN LLC • Case # 18-22963 (RDD)*

**759 Palmer Avenue, Yonkers, Westchester County, NY**

- "Bronkers" Neighborhood, Near the Bronxville Train & Retail District
- Planned Amenities: Two Level Indoor Parking Garage, Pool, Rooftop Lounge Area, Movie Theater, Fitness Center, Concierge & More
- The Trustee has Received and Accepted a $12,000,000 Stalking Horse Bid. The Next Acceptable Bid at the Auction is $12,300,000

*Fred Stevens, Chapter 11 Trustee*
*Klestadt Winters Jureller Southard & Stevens, LLP, Attorneys for the Chapter 11 Trustee*

---

**#19-408 | JULY 17**



*DITMAS PARK*

**3,000+ SQ FT HANDYMAN SPECIAL**

BANKRUPTCY AUCTION
US BANKRUPTCY COURT EDNY
*In Re: Michael Mestore • Case # 18-44102 (cec)*

**542 East 24th Street Ditmas Park, Brooklyn, NY**

- 5 Bedrooms & 3.5 Baths
- 3,090 Sq Ft Single Family Home + Basement

*Robert J. Musso, Chapter 7 Trustee*
*Rosenberg, Musso & Weiner, Attys for the Trustee*

---

**#19-409 | JULY 17**



*ST. ALBANS*

**4,900+ SQ FT BLOCK-THROUGH BUILDING**

BANKRUPTCY AUCTION
US BANKRUPTCY COURT EDNY
*In Re: Juanita Simmons • Case # 19-42111-CEC*

**188-18 a/k/a 188-20 Linden Blvd, St. Albans, Queens, NY**

- 2 Retail Units
- 2 Residential Units
- 1 Block to LIRR & MTA Bus

*Michael J. Macco, Chapter 13 Trustee*

---

**516.349.7022 | MaltzAuctions.com | AUCTIONS...YOUR LIQUIDITY SOLUTION®**



**MALTZ AUCTIONS**
AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
AUCTIONS…*Your Liquidity Solution®*

39 Windsor Place, Central Islip, NY 11722
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed NY Real Estate Broker
Phone (516) 349-7022  Fax (516) 349-0105





*FIRST CLASS MAIL
TIME
SENSITIVE
DATED
MATERIAL*

FIRST-CLASS
PRST. U.S. POSTAGE
**PAID**
GREENVILLE, SC
PERMIT NO. 1460

**TERMS OF SALE:** Please download the complete Terms & Conditions of Sale and/or Bidding Procedures.

**BUYER BROKER PARTICIPATION:** A commission may be paid to any properly licensed broker who registers a successful buyer in accordance with the buyer broker guidelines. Please visit www.MaltzAuctions.com for Assets offering broker participation and percentage offered, not offered on all Assets.

# 76 NYC Taxi Medallions | Brooklyn, Queens and Westchester Properties

# AUCTIONS *July 11th - 17th*

## Auction Location: New York LaGuardia Airport Marriott Hotel, 102-05 Ditmars Blvd, East Elmhurst, NY 11369

## Thursday, July 11th at 11:00 am  |  Registration begins at 9:30 am

| ID# | DESCRIPTION | SEALED BID DEADLINE/DELIVERY LOCATION | DEPOSIT |
|---|---|---|---|
| #19-405 | **16 NYC Taxi Medallions** | *Pre-Qualification Not Required* | *$20,000/Medallion Cashier's Check* |

## Wednesday, July 17th at 2:00 pm  |  Registration begins at 1:00 pm
**Bidder Qualification/Bid Submission Deadline: Friday, July 12th by 5:00 pm**

| ID# | DESCRIPTION/LOCATION | INSPECTION/VIEWING | DEPOSIT |
|---|---|---|---|
| #19-407 | **144,000+ Sq Ft Building** *759 Palmer Ave, Yonkers, Westchester County, NY 10708* | *Viewings Available by Appointment* | *$1,000,000 Cashier's Check* |

## Wednesday, July 17th at 2:00 pm  |  Registration begins at 1:00 pm

| ID# | DESCRIPTION/LOCATION | INSPECTION/VIEWING | DEPOSIT |
|---|---|---|---|
| #19-408 | **3,000+ Sq Ft Handyman Special** *542 East 24th Street, Ditmas Park, Brooklyn, NY 11210* | Monday, July 8th  •  10:00 am – 12:00 noon Monday, July 15th  •  10:00 am – 12:00 noon | *$70,000 Cashier's Check* |
| #19-409 | **4,900+ Sq Ft Block-Through Building** *188-18 a/k/a 188-20 Linden Blvd, St. Albans, Queens, NY* | Monday, July 8th  •  2:00 pm – 4:00 pm Monday, July 15th  •  2:00 pm – 4:00 pm | *$50,000 Cashier's Check* |

## Wednesday, July 17th at 4:00 pm  |  Registration begins at 3:00 pm

| ID# | DESCRIPTION | SEALED BID DEADLINE/DELIVERY LOCATION | DEPOSIT |
|---|---|---|---|
| #19-406 | **60 NYC Taxi Medallions** | Wednesday, July 10th by 4:00 pm *39 Windsor Place, Central Islip, NY 11722* | *$20,000/Medallion Cashier's Check* |

## Plus 100-150 Bank Repossessed & Consignment Vehicles Sell Tri-Weekly in Central Islip, NY

The Assets are being sold "AS IS" "WHERE IS" "WITH ALL FAULTS" without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, free and clear of any and all interests including, but not limited to, liens, claims, encumbrances, interests, judgments and/or mortgages, or adverse claims to title, of whatever kind or nature, and subject to, among other things: (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering their respective deposits, all prospective bidders acknowledge that they have had the opportunity to review and inspect the Assets, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Assets in making their bids. Neither Maltz, the sellers of the Assets nor any of their collective representatives make any representations or warranties with respect to the permissible uses of the Assets including, but not limited to, the zoning of the Assets. All prospective bidders acknowledge that they have conducted their own due diligence in connection with the Assets and are not relying on any information provided by Maltz, the sellers of the Assets or any of their collective representatives. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most of the information provided has been obtained from third-party sources and has not been independently verified. It is the responsibility of all prospective bidders to determine the accuracy of all components of the sales and the Assets. All prospective bidders are responsible for conducting their own independent inspections, investigations, inquiries, and due diligence concerning the Assets, including without limitation, the environmental and physical condition of the Assets. All prospective bidders are urged to conduct their own due diligence prior to participating in the public auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.



Online Bidding    Auctioneer Directory    Appraisals

| 11722 ✈ | 30 Miles | All Categories | Keywords |

# Thank you for your order!

Please double check the information below to make sure it is correct. For questions, to contact us 24/7 at (814) 623-5059.

**Order Date:** 06/04/2019

**Auctioneer:** Maltz Auctions Inc.

**Card:** VISA ending in 1726
**Exp:** 03/2022

**ListingID:** 3289515
**Auction:** 5 BR HANDYMAN SPECIAL - July 17, 2019

## Order Summary

| Auction Listing | $30.00 |

| **Total:** | **$30.00** |

An email receipt will be sent to dc@maltzauctions.com

## PAID IN FULL

Return to Auctioneers Home

Quick Links

7/8/2019                                    Maltzauctions.com Mail - Your receipt from CREXi #2461-5822



Richard Maltz <rmaltz@maltzauctions.com>

---

## Your receipt from CREXi #2461-5822
1 message

**CREXi** <receipts+f37VFViYPylu4L9KbkVy@stripe.com>                                Mon, Jul 8, 2019 at 11:53 AM
Reply-To: CREXi <billing@crexi.com>
To: rmaltz@maltzauctions.com



## Receipt from CREXi

Invoice #679D884-0016
Receipt #2461-5822

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $185.00 | July 8, 2019 | **VISA** – 1726 |

**SUMMARY**

**JUL 8, 2019 – AUG 8, 2019**

| | |
|---|---|
| Broker Pro 250 × 1 | $250.00 |
| 26% (26% off) | -$65.00 |
| **Amount paid** | **$185.00** |

If you have any questions, contact CREXi at billing@crexi.com or call at
+1 888-273-0423.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at CREXi, which partners with
Stripe to provide invoicing and payments processing.

*Looprest/costar*

| Location ID | Invoice Date | Invoice Number | Fed Tax ID # | Page |
|---|---|---|---|---|
| 57048501 | 07/02/19 | 109684142-1 | 52-2134617 | 2 of 2 |

**LN-INDIVIDUAL PL PLAN**

| SITE ADDRESS | SUBMARKET | CONTRACT # | BILLING PERIOD | SUBTOTAL | TAX | AMOUNT |
|---|---|---|---|---|---|---|
| 39 Windsor Pl Central Islip, NY 11722-3301 | USA | 148671 | 07/01/2019 to 07/31/2019 | 249.95 | 0.00 | 249.95 |
| | | | LN-Individual PL Plan | 249.95 | 0.00 | 249.95 |
| | | | Current Invoice Total: | 249.95 | 0.00 | 249.95 |

Facebook          Mentor

| Results | Reach | Impressions | Cost per Result | Quality Ranking Ad Relevance Diag. | Engagement Rate Ranking Ad Relevance Diag. | Conversion Rate Ranking Ad Relevance Diag. | Amount Spent | Ends | Schedule |
|---|---|---|---|---|---|---|---|---|---|
| 1,668 Link Clicks | 13,008 | 17,273 | $0.06 Per Link Click | – | – | – | $94.98 | Jul 10, 2019 | Jun 19, 2019 – Jul 10, 2019 21 days |
| 1,668 Link Clicks | 13,008 People | 17,273 Total | $0.06 Per Link Click | | | | $94.98 Total Spent | | |

# New York LaGuardia Airport Marriott
(718) 565-8900

| | |
|---|---|
| Check #: | 577592 |
| Print #: | 1 |
| Status: | Trial |
| Business Type: | Local |
| Function Space: | MULTIPLE |
| Event Manager: | |

Maltz Auctions
39 Windsor Place
Central Islip, NY 11722-3301

Contact: Richard Maltz
Wednesday, July 17, 2019

| | |
|---|---|
| Page #: | 1 |
| Folio #: | 41410 |
| Bill Method: | Credit Card |
| Event Order #: | 303233 |

| Quantity | Item | Unit Price | Total Price |
|---|---|---|---|
| **Food** | | | |
| Coffee Break, Salons D/E | | | |
| 1 | 1/2 Gallon of Decaffeinated Coffee | $50.00 | $50.00 |
| 1 | Gourmet Bean 100% Colombian Coffee | $100.00 | $100.00 |
| | **Subtotal Food** | | $150.00 |
| **Audio Visual** | | | |
| Meeting, Salons D/E | | | |
| 1 | LCD Accessory Package to Include: 8' Screen, Power Strip, Extension Cord & Projector Table | $125.00 | $125.00 |
| | **Subtotal Audio Visual** | | $125.00 |
| **Room Rental** | | | |
| Meeting, Salons D/E | | | |
| 1 | Salons D/E | $1,200.00 | $1,200.00 |
| | **Subtotal Room Rental** | | $1,200.00 |
| | F&B ADMIN FEE - L | | $34.50 |
| | AV ADMIN FEE - L | | $28.75 |
| | RM SETUP ADMIN FEE/L | | $276.00 |
| | STATE SALES TAX - L | | $147.38 |
| | NY CITY OCCUPANCY TAX - L | | $2.00 |
| | OCCUPANCY TAX - L | | $70.50 |

Signature:_____

## GUEST COPY

***An administrative fee of 23% will be added to your invoice. The administrative fee is for administration of the banquet and is subject to a 8.875% NYS sales tax and is retained by the Hotel to cover operating and other costs. A 5.875% Occupancy Tax will be charged on room rental. The administrative fee is not a gratuity or purported to be a gratuity, and it will not be distributed to the employees who provide service at your event.***

A labor fee of $200.00 for meal functions of 25 guests or less applies, which is not a gratuity and is fully applied to the hotel.

NO OTHER CHARGES ON THIS CONTRACT ARE PURPORTED OR INTENDED TO BE A GRATUITY FOR THE SERVICE STAFF AND NO OTHER CHARGES WILL BE DISTRIBUTED TO THE SERVICE STAFF AS A GRATUITY.

Marriott Proprietary and Confidential

# New York LaGuardia Airport Marriott
(718) 565-8900

| | | | |
|---|---|---|---|
| Check #: | 577592 | Maltz Auctions | Page #: | 2 |
| Print #: | 1 | 39 Windsor Place | Folio #: | 41410 |
| Status: | Trial | Central Islip, NY 11722-3301 | Bill Method: | Credit Card |
| Business Type: | Local | | Event Order #:303233 |
| Function Space: | MULTIPLE | Contact: Richard Maltz | |
| Event Manager: | | Wednesday, July 17, 2019 | |

| Quantity | Item | Unit Price | Total Price |
|---|---|---|---|
| | AV TAX - L | | $13.65 |
| | **Grand Total:** | | $2,047.78 |

Signature:_____

## GUEST COPY

\*\*\*An administrative fee of 23% will be added to your invoice. The administrative fee is for administration of the banquet and is subject to a 8.875% NYS sales tax and is retained by the Hotel to cover operating and other costs. A 5.875% Occupancy Tax will be charged on room rental. The administrative fee is not a gratuity or purported to be a gratuity, and it will not be distributed to the employees who provide service at your event.\*\*\*

A labor fee of $200.00 for meal functions of 25 guests or less applies, which is not a gratuity and is fully applied to the hotel.

NO OTHER CHARGES ON THIS CONTRACT ARE PURPORTED OR INTENDED TO BE A GRATUITY FOR THE SERVICE STAFF AND NO OTHER CHARGES WILL BE DISTRIBUTED TO THE SERVICE STAFF AS A GRATUITY.

AuctionServices IGNITE!                                    http://ignite.auctionservices.com/companies/3110/past_auctions



Your Company:
Maltz Auctions

- Current
- Past
- Archived

- [+] Add New Auction[+] Quick Add[++] Bulk Add

| Auction Title | Sort Date | Location | Hits | Visits | Action |
|---|---|---|---|---|---|
| 100K PCS ASST COSMETICS | 10/16/2019 10:00 AM | Central Islip, NY | 3097 | 3097 | • View • Edit • Copy • Feature • Publish • Delete |
| 60 NYC TAXI MEDALLIONS | 07/17/2019 04:00 PM | Manhattan, NY | 5641 | 5641 | • View • Edit • Copy • Feature • Publish • Delete |
| 5 BR HANDYMAN SPECIAL | 07/17/2019 02:29 PM | Ditmas Park, Brooklyn, NY | 13436 | 13436 | • View • Edit • Copy • Feature • Publish • Delete |
| 144,000 SQ FT BUILDING | 07/17/2019 02:05 PM | Yonkers, NY | 7934 | 7934 | • View • Edit • Copy • Feature • Publish • Delete |

7/18/2019, 12:56 PM

:: Maltz Auctions

# 5 BR HANDYMAN SPECIAL



Ditmas Park - Prime Location

## Schedule

**Live Off-Site Auction:** 07/17/2019 at 02:00 PM EDT
**Location:**           *NY LaGuardia Airport Marriott*
                        *102-05 Ditmars Boulevard*
                        *East Elmhurst, NY 11369*

## Details

**Bankruptcy Auction** - United States Bankruptcy Court Eastern District of New York
In Re: Michael Mentore - Case # 18-44102 (cec)

### 3,000+ Sq Ft Detached Home

### Currently in the Beginning Stages of a Total Gut/Renovation

**Details:**

- 542 East 24th Street, Ditmas Park, Brooklyn, NY 11210
- 5 Bedrooms & 3.5 Baths
- Situated on a Magnificent Tree-Lined Street
- 3,090 Sq Ft Single Family Home + Basement
- 5,000 Sq Ft Lot Corner Lot (50' x 100')
- 400 Sq Ft Garage and Long Private Driveway
- **1st Floor:**
- Kitchen
- Dining Room
- Living Room
- Half Bath
- Entry Foyer
- **2nd Floor (Framed):**
- Master Bedroom with Ensuite Bath and Large Walk-in Closet
- Additional Bedroom with Ensuite Bath and Walk-in Closet
- **3rd Floor (Partially Framed):**
- 3 Additional Bedrooms
- 1 Additional Full Bath
- **Basement (Unfinished):**
- Utilities
- Storage

- **Additional Information:**
- Fuel: Gas
- Heat: Hot Water (Boiler in Place)
- 100 Amp Electrical Service
- 1 Gas Meter & 1 Electric Meter
- R3X Zoning District
- 3 Blocks to Flatbush Avenue Retail/Restaurants
- 5.5 Blocks to Flatbush Avenue MTA Subway Station (2 & 5 Trains)
- 8 Blocks to Newkirk Avenue MTA Subway Station (B & Q Trains)
- Borough: Brooklyn   Block: 5223  Lot: 1
- Annual Real Estate Taxes: $7,634
- **Currently Vacant & Delivered Vacant at Closing**

**Viewings:** Mondays, July 8th & 15th from 10:00 am - 12:00 noon.

**Auction Date & Time:** Wednesday, July 17, 2019 at 2:00 pm.  Registration begins at 1:00 pm.

**Auction Location:** NY LaGuardia Airport Marriott Hotel, 102-05 Ditmars Boulevard, East Elmhurst, NY 11369.

**Terms & Conditions of Sale/Bidding Procedures:** Property will be sold free and clear of all monetary liens.  In order to register to bid, all prospective bidders must present a **cashier's check in the amount of $70,000** made payable to "Robert J. Musso., as Chapter 7 Trustee".   Please download the complete Terms of Sale.

**Buyer's Premium:** A five (5%) percent Buyer's Premium will be added to the Successful Bidder's high bid to determine the contract price to be paid by the Successful Bidder.

**Broker Participation:** A one (1%) commission will be paid (subject to court approval) to any properly licensed Buyer Broker who registers a Successful Buyer in accordance with the Buyer Broker guidelines.  Please download the Broker Participation Form for details.

**Robert J. Musso, Chapter 7 Trustee**
**Rosenberg, Musso & Weiner, Attorneys for the Chapter 7 Trustee**
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022  Fax (516) 349-0105

The Real Property is being sold "AS IS" "WHERE IS", "WITH ALL FAULTS", without any representations, covenants, guarantees or warranties of any kind or nature, and free and clear of any liens, claims, or encumbrances of whatever kind or nature, with such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing, and the sale of the Real Property is subject to, among other things (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering their respective Deposits, all Bidders acknowledge that they have had the opportunity to review and inspect the Real Property, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Real Property in making their bids. Neither Maltz, the Trustee, the Attorney for the Trustee nor any of their collective representatives makes any representations or warranties with respect to the permissible