| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br><br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1599 HAMBURG TURNPIKE<br>P.O. Box 2031<br>WAYNE, NJ 07470<br>(973) 696-8391<br>Counsel for Debtor | |
| In Re:<br><br>Michael Mentore,<br><br>                Debtor. | Case No.: 18-44102-cec<br><br>Chapter 7<br><br>Hearing Date: ~~January 8~~ *February 5 (CEC)*,<br>  2020 at 2:00 PM |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF SCURA, WIGFIELD, HEYER, STEVENS & CAMMARTOA, LLP FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE DEBTOR DURING THE PERIOD JULY 10, 2018 THROUGH APRIL 11, 2019**

      Upon consideration of the First and Final Application of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP ("SWHS&C") for Allowance of Compensation for Services Rendered as counsel to Michael Mentore ("Debtor") during the period of July 10, 2018 through April 11, 2019 (the "Application") pursuant to § 330 of the United States Bankruptcy Code; and a hearing having been held before the Court on ~~January 8~~ *February 5 (CEC)*, 2020 at 2:00 PM (the "Hearing") to consider the Application; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and the Court noting the consent of the Chapter 7 Trustee Robert J. Musso and the Assistant U.S. Attorney and due consideration having been given to any responses thereto;

Debtors: Michael Mentore
Case No.: 18-44102
Caption of Order: Consent Order Memorializing Consent to Sale of Over Encumbered Property

**WHEREBY** SWHS&C was paid an initial retainer of $10,000.00 prior to filing the instant bankruptcy case;

**WHEREBY** SWHS&C filed the instant application for compensation seeking approval of its fees incurred in the amount of $17,506.25 and costs in the amount of $333~~3~~*8*.39 *(CEC)*;

**WHEREBY** issues have been raised by the Chapter 7 Trustee and the United States Trustee regarding the application for compensation filed by SWHS&C;

**WHEREBY** to resolve any issues raised by the Chapter 7 Trustee and the United States Trustee regarding the application for compensation, SWHS&C has agreed to accept a reduced amount.

THEREFORE, it is hereby

**ORDERED** that SWHS&C is granted a final allowance of compensation in the amount of $5,000.00 for compensation for fees incurred for services performed on behalf of the Debtor and $338.39 for ~~fees and~~ *(CEC)* expenses incurred in connection with preparing the instant fee application.

Debtors: Michael Mentore  
Case No.: 18-44102  
Caption of Order: Consent Order Memorializing Consent to Sale of Over Encumbered Property

The undersigned hereby consent to the form,  
Content and entry of the within Order:

**SCURA, WIGFIELD, HEYER, STEVENS** &  
**CAMMAROTA, LLP,** *Counsel to the Debtor*

Dated: 30 Dec 2019

By: *[signature]*  
David L. Stevens, Esq.

**ROBERT J. MUSSO, AS CHAPTER 7 TRUSTEE J,i'OR THE BANKRUPTCY ESTATE OF MICHAEL MENTORE**

Dated: 12/29/2019

By *[signature]*  
Robert J. Musso, Esq.

Debtors: Michael Mentore
Case No.: 18-44102
Caption of Order: Consent Order Memorializing Consent to Sale of Over Encumbered Property

Dated: *1/8/20*

ASSISTANT UNITED STATES ATTORNEY

By: _____



**Dated: Brooklyn, New York**
**February 13, 2020**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**